IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RAS JAHMIKES MATTA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SHERIFF JESS SLAUGHTER, and UNDERSHERIFF CORY REEVES,<br><br>   Defendants. | CV-21-130-GF-BMM-JTJ<br><br>ORDER |

Plaintiff Ras Jahmikes Matta has moved to dismiss the above-captioned suit. (Doc. 33.) He represents that Defendants do not oppose dismissal.

Accordingly, it is HEREBY ORDERED:

1.  Plaintiff's motion to dismiss is GRANTED. (Doc. 33.) This action is DISMISSED with prejudice.

2.  The Clerk of Court is directed to enter judgment pursuant to Fed. R. Civ. P. 58.

DATED this 1 day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court